**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7729**

———————————

ISAAC EUGENE SLAPPY,

Plaintiff - Appellant,

versus

CHARLES W. VANMETER, Regional Hearing Officer;
PAUL W. BREWTON, Investigator; SCOTT PORTER,
Inmate Representative,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-93-2277-7-22BD)

———————————

Submitted:  July 23, 1996          Decided:  July 30, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Isaac Eugene Slappy, Appellant Pro Se.  William Benson Darwin, Jr.,
HOLCOMBE, BOMAR, COTHRAN, GUNN & BRADFORD, P.A., Spartanburg, South
Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

    Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Slappy v. Vanmeter</u>, No. CA-93-2277-7-22BD (D.S.C. Sept. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>